**FILED**

**FEBRUARY 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| ANITA CARTER, as Administrator of the Estate of ANNA MAE HALL, Deceased, | ) | **08 C 873** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. |
| | ) | |
| MANOR CARE OF HOMEWOOD IL, LLC, and MANORCARE HEALTH SERVICES, LLC, | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE DENLOW**

---

## NOTICE OF REMOVAL

---

NOW COME, the Defendants, MANOR CARE OF HOMEWOOD IL, LLC and MANORCARE HEALTH SERVICES, LLC., by and through their attorneys McVEY & PARSKY, LLC, and pursuant to 28 U.S.C. §1332, 1441 and 1446, file this Notice of Removal to the United States District Court for the Northern District of Illinois, from the Circuit Court of the Cook County, Illinois, where the action is currently pending, and states that:

1.      The plaintiff filed a Complaint at Law with the Circuit Court of the Cook County, Illinois on December 31, 2007.  The Complaint was the first pleading naming these defendants as parties. A copy of said Complaint is attached hereto and incorporated herein and identified as Exhibit 1.

2.      These Defendants were served with a copy of the Complaint on January 10, 2008. A copy of the proofs of service is attached as Exhibit 2.

3.      On February 5, 2008, Defendants filed their appearance, responsive pleadings, discovery and motion for qualified protective order.  Copies of said documents are attached as Exhibits 3, 4, 5 and 6.

4.      The Defendant, MANOR CARE OF HOMEWOOD IL, LLC is a Delaware limited liability company.  None of the members of MANOR CARE OF HOMEWOOD IL, LLC reside in or have their principal place of business in Illinois.  See Exhibit 7, the Affidavit of Terry Wilson. The Plaintiff is not a resident of the State of Ohio.

5.      The Defendant, MANORCARE HEALTH SERVICES, LLC is also a Delaware limited liability company.  None of the members of MANORCARE HEALTH SERVICES, LLC, reside in or have their principal place of business in Illinois. See Exhibit 8, the Affidavit of Terry Wilson.

6.      The Plaintiff's Complaint seeks recovery for alleged nursing home malpractice and is seeking damages substantially in excess of the jurisdictional limit of the Circuit Court of Cook County. It is reasonable to assume that the sum in controversy exceeds $75,000, exclusive of interest and costs.

7.      This Court has original jurisdiction of this action, pursuant to 28 U.S.C. § 1332, and removal of the action from state court is proper pursuant to 28 U.S.C. §1441(a)

8.      This Notice of Removal was filed within thirty (30) days of the date of service.

9.      Written Notice of the Removal has been provided to Plaintiff's counsel and to the Clerk of the Circuit Court of Cook County, Illinois in compliance with 28 U.S.C. §1446(b).

10.    A copy of the process, pleadings and orders served upon this Defendant in the above captioned matter are attached hereto and identified as Exhibits 1 and 2.

WHEREFORE, the Defendants, MANOR CARE OF HOMEWOOD IL, LLC and MANORCARE HEALTH SERVICES, LLC, respectfully request that this action proceed in the United States District Court for the Northern District of Illinois, Eastern Division as an action properly removed from the State Court of Illinois.

Respectfully submitted,

MANOR CARE OF HOMEWOOD IL, LLC and MANORCARE HEALTH SERVICES, LLC

BY:    /s/ Daniel P. Kramer
Daniel P. Kramer (#6289979)
One of their attorneys

McVEY & PARSKY, LLC
30 North LaSalle Street
Suite 2100
Chicago, IL  60602
Phone: 312/551-2130
Fax:    312/551-2131
Email: dpk@mcveyparsky-law.com

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on February 8, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing:

>    Sharon A. Kobrin
>    Munday & Nathan
>    33 North Dearborn Street
>    Suite 2220
>    Chicago, IL  60602


>            McVEY & PARSKY, LLC
>            Attorney for Defendant
>            30 North LaSalle Street
>            Suite 2100
>            Chicago, IL  60602
>            Tel:  (312) 551-2130
>            Fax:  (312) 551-2131

>            By: /s/ Daniel P. Kramer
>                    Daniel P. Kramer
>                    Illinois Bar #6289979