**08 C 873**

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE DENLOW**

# EXHIBIT 2

Summons and Proof of Service

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | CCG N001-10M-1-07-05 ( ) |
| SUMMONS | ALIAS - SUMMONS | |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

(Name all parties)

ANITA CARTER, as Admin. of the Estate of Anna Mae Hall

v.

MANOR CARE OF HOMEWOOD IL, LLC., et al.

No. _____

2007L014462
CALENDAR/ROOM
TIME 00:00
PI Other

PLEASE SERVE:

SEE ATTACHED SERVICE LIST

## SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room __801__, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

DEC 3 1 2007

WITNESS, _____, _____

Atty. No.: 22231
Name: Munday & Nathan/Sharon A. Kobrin
Atty. for: Plaintiff
Address: 33 N. Dearborn Street, Suite 2220
City/State/Zip: Chicago, IL 60602
Telephone: 312-346-5678
Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

Clerk of Court DOROTHY BROWN
CLERK OF CIRCUIT COURT

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

SEAL

EXHIBIT 2

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILL

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

ANITA CARTER, as Administrator of the Estate of )
ANNA MAE HALL, Deceased, )
)
         Plaintiff, )
)
) Court No.
v. )
)
MANOR CARE OF HOMEWOOD IL, LLC., and )
MANORCARE HEALTH SERVICES, LLC., )
)
         Defendants. )

SUMMONS SERVICE LIST

**MANOR CARE OF HOMEWOOD IL, LLC.**
C/o C T Corporation System
208 S. LaSalle Street
Suite 814
Chicago, IL 60604

**MANORCARE HEALTH SERVICES, LLC.**
C/o C T Corporation System
208 S. LaSalle Street
Suite 814
Chicago, IL 60604

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
01/10/2008
CT Log Number 512965614

**HCR ManorCare Received**

TO: John Benavides, Sr. Attorney
HCR-ManorCare
333 N Summit St
Toledo, OH 43604

JAN 1 4 2008

RE: **Process Served in Illinois**

FOR: Manor Care of Homewood IL, LLC (Domestic State: DE)

Legal Department
Litigation

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

TITLE OF ACTION: Anita Carter, as Administrator of the Estate of Anna Mae Hall, Deceased, Pltf. vs. Manor Care of Homewood IL, LLC and Manorcare Health Services, LLC., Dfts.

DOCUMENT(S) SERVED: Summons (2 sets), Service List (2 sets), Complaint, Affidavits

COURT/AGENCY: Cook County Circuit Court - Cook County Department - Law Division, IL
Case # 2007L014462

NATURE OF ACTION: Medical Injury - Improper Care and Treatment - Wrongful Death - 01/01/2006 - Manorcare Health SVS Homewood, 940 Maple Avenue, Homewood IL

ON WHOM PROCESS WAS SERVED: C T Corporation System, Chicago, IL

DATE AND HOUR OF SERVICE: By Process Server on 01/10/2008 at 12:30

APPEARANCE OR ANSWER DUE: Within 30 days, not counting the day of service

ATTORNEY(S) / SENDER(S): Sharon A. Kobrin
Munday & Nathan
33 North Dearborn Street
Suite 2220
Chicago, IL 60602
312-346-5678

ACTION ITEMS: SOP Papers with Transmittal, via Fed Ex 2 Day, 798349096953
Image SOP - Page(s): 15
Email Notification, Joy Donley JDONLEY@HCR-MANORCARE.COM

SIGNED: C T Corporation System
PER: Tawana Carter
ADDRESS: 208 South LaSalle Street
Suite 814
Chicago, IL 60604
TELEPHONE: 312-345-4336

Page 1 of 1 / TL

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.


EXHIBIT 2

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | CCG N001-10M-1-07-05 ( ) |
| SUMMONS | ALIAS - SUMMONS | |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

(Name all parties)

ANITA CARTER, as Admin. of the Estate of Anna Mae Hall

v.

MANOR CARE OF HOMEWOOD IL, LLC., et al.

2007L014462
CALENDAR/ROOM X
TIME 00:00
PI Other

No. _____

PLEASE SERVE:

SEE ATTACHED SERVICE LIST

## SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.   DEC 31 2007

WITNESS, _____, ____

Atty. No.: 22231
Name: Munday & Nathan/Sharon A. Kobrin
Atty. for: Plaintiff
Address: 33 N. Dearborn Street, Suite 2220
City/State/Zip: Chicago, IL 60602
Telephone: 312-346-5678
Service by Facsimile Transmission will be accepted at: ____

DOROTHY BROWN
CLERK OF CIRCUIT COURT
Clerk of Court

Date of service: ____
(To be inserted by officer on copy left with defendant or other person)

(Area Code) (Facsimile Telephone Number)

**EXHIBIT 2**

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS


IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ANITA CARTER, as Administrator of the Estate of ANNA MAE HALL, Deceased,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MANOR CARE OF HOMEWOOD IL, LLC., and MANORCARE HEALTH SERVICES, LLC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Court No.<br>)<br>)<br>)<br>)<br>)<br>) |

SUMMONS SERVICE LIST

**MANOR CARE OF HOMEWOOD IL, LLC.**
C/o C T Corporation System
208 S. LaSalle Street
Suite 814
Chicago, IL 60604

**MANORCARE HEALTH SERVICES, LLC.**
C/o C T Corporation System
208 S. LaSalle Street
Suite 814
Chicago, IL 60604

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
01/10/2008
CT Log Number 512965643

**HCR ManorCare Received**

**TO:** John Benavides, Sr. Attorney
HCR-ManorCare
333 N Summit St
Toledo, OH 43604

JAN 1 4 2008

**RE:** **Process Served in Illinois**

**FOR:** ManorCare Health Services, LLC (Domestic State: DE)

Legal Department
Litigation

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Anita Carter, as Administrator of the Estate of Anna Mae Hall, Deceased, Pltf. vs. Manor Care of Homewood IL, LLC and Manorcare Health Services, LLC., Dfts.
Name discrepancy noted.

**DOCUMENT(S) SERVED:** Summons (2 sets), Service List (2 sets), Complaint, Affidavits

**COURT/AGENCY:** Cook County Circuit Court - Cook County Department - Law Division, IL
Case # 2007L014462

**NATURE OF ACTION:** Medical Injury - Improper Care and Treatment - Wrongful Death - 01/01/2006 - Manorcare Health SVS Homewood, 940 Maple Avenue, Homewood IL

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, Chicago, IL

**DATE AND HOUR OF SERVICE:** By Process Server on 01/10/2008 at 12:30

**APPEARANCE OR ANSWER DUE:** Within 30 days, not counting the day of service

**ATTORNEY(S) / SENDER(S):** Sharon A. Kobrin
Munday & Nathan
33 North Dearborn Street
Suite 2220
Chicago, IL 60602
312-346-5678

**ACTION ITEMS:** SOP Papers with Transmittal, via Fed Ex 2 Day, 798349096953
Image SOP - Page(s): 15
Email Notification, Joy Donley JDONLEY@HCR-MANORCARE.COM

**SIGNED:** C T Corporation System
**PER:** Tawana Carter
**ADDRESS:** 208 South LaSalle Street
Suite 814
Chicago, IL 60604
**TELEPHONE:** 312-345-4336

Page 1 of 1 / TL

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

