# EXHIBIT 3

Appearance & Jury Demand

11739 DTM MC

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ANITA CARTER, as Administrator of the Estate of ANNA MAE HALL, Deceased, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>MANOR CARE OF HOMEWOOD IL, LLC, and )<br>MANORCARE HEALTH SERVICES, LLC, )<br>)<br>Defendant. ) | Case No. 07 L 014462<br><br>Calendar X |

## APPEARANCE & JURY DEMAND

The undersigned, as attorney, enters the appearance of Defendants:

**MANOR CARE OF HOMEWOOD IL, LLC and
MANORCARE HEALTH SERVICES, LLC**

*These Defendants hereby demand trial by jury.

*[signature]*
Daniel P. Kramer

McVEY & PARSKY, LLC
30 N. LaSalle Street
Suite 2100
Chicago IL  60606
Phone: 312/551-2130
Fax:    312/551-2131
Firm No. 39907

   I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

*[signature]*
Attorney for Defendant

EXHIBIT 3