# EXHIBIT 7

Affidavit of Terry Wilson

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANITA CARTER, as Administrator of the Estate of ANNA MAE HALL, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> MANOR CARE OF HOMEWOOD IL, LLC, and MANORCARE HEALTH SERVICES, LLC, <br><br> Defendant. | Case No. <br><br> JURY DEMAND |

### AFFIDAVIT OF TERRY WILSON

I, TERRY WILSON, being first duly sworn, am competent to testify to the facts contained in this Affidavit in that I have personal knowledge of the following:

1. I am the Manager of Subsidiary Organization for Heartland Employment Services, LLC. In that capacity, I provide legal assistant services for ManorCare Health Services, LLC.

2. In my job, I am responsible for maintaining the corporate minute books for ManorCare Health Services, LLC. Because of my involvement in this position, I have personal knowledge of the facts stated in this Affidavit.

3. Manor Care of Homewood IL, LLC is a Delaware limited liability company. None of the members of Manor Care of Homewood IL, LLC reside in or have their principal place of business in Illinois.

4. ManorCare Health Services, LLC never owned, operated, managed, maintained, controlled, or was the licensee of the facility referenced in the Plaintiff's Complaint. In addition, ManorCare Health Services, LLC never provided any rooms, laboratories, technicians, or nursing services for residents confined in the facility. Lastly, ManorCare Health Services, LLC never conducted business by treating or examining patients in Cook County, Illinois.

AFFIANT FURTHER SAYETH NOT.

Date: 1/29/08

_____
Terry Wilson

Subscribed and sworn to before me
this 29th day of January, 2008.

_____
Notary Public

LISA A. TAYLOR
Notary Public, State of Ohio
My Commission Expires 01/

EXHIBIT