# EXHIBIT 8

Affidavit of Terry Wilson

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ANITA CARTER, as Administrator of the Estate of ANNA MAE HALL, Deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. |
| MANOR CARE OF HOMEWOOD IL, LLC, and MANORCARE HEALTH SERVICES, LLC, | ) ) ) ) | JURY DEMAND |
| Defendant. | ) | |

### AFFIDAVIT OF TERRY WILSON

I, TERRY WILSON, being first duly sworn, am competent to testify to the facts contained in this Affidavit in that I have personal knowledge of the following:

1.  I am the Manager of Subsidiary Organization for Heartland Employment Services, LLC. In that capacity, I provide legal assistant services for ManorCare Health Services, LLC.

2.  In my job, I am responsible for maintaining the corporate minute books for ManorCare Health Services, LLC. Because of my involvement in this position, I have personal knowledge of the facts stated in this Affidavit.

3.  ManorCare Health Services, LLC is a Delaware limited liability company. None of the members of ManorCare Health Services, LLC reside in or have their principal place of business in Illinois.

AFFIANT FURTHER SAYETH NOT.

Date: 2/8/08

Terry Wilson

Subscribed and sworn to before me
this ___ day of February, 2008.

Notary Public

LISA A. TAYLOR
Notary Public, State of Ohio
My Commission Expires 01/26/2010

