## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: **08 C 873** |
| ANITA CARTER, as Administrator of the Estate of ANNA MAE HALL, deceased<br>vs.<br>MANOR CARE OF HOMEWOOD IL, LLC and MANORCARE HEALTH SERVICES, LLC | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MANOR CARE OF HOMEWOOD IL, LLC
and MANORCARE HEALTH SERVICES, LLC

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE DENLOW**

JURY DEMAND

| | |
|---|---|
| NAME (Type or print)<br>Daniel P. Kramer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Daniel P. Kramer | |
| FIRM<br>McVey & Parsky, LLC | |
| STREET ADDRESS<br>30 North LaSalle Street, Suite 2100 | |
| CITY/STATE/ZIP<br>Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6289979 | TELEPHONE NUMBER<br>312/551-2130 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

**FILED**
**FEBRUARY 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 8, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing:

Sharon A. Kobrin
Munday & Nathan
33 North Dearborn Street
Suite 2220
Chicago, IL  60602

        McVEY & PARSKY, LLC
        Attorney for Defendant
        30 North LaSalle Street
        Suite 2100
        Chicago, IL  60602
        Tel:  (312) 551-2130
        Fax:  (312) 551-2131

        By: /s/ Daniel P. Kramer
            Daniel P. Kramer
            Illinois Bar #6289979