IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

FILED
FEBRUARY 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 873**

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE DENLOW**

| | |
|---|---|
| ANITA CARTER, as Administrator of the Estate of ANNA MAE HALL, Deceased, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. |
| MANOR CARE OF HOMEWOOD IL, LLC, and MANORCARE HEALTH SERVICES, LLC, | )<br>) JURY DEMAND<br>) |
| Defendant. | )<br>) |

### FRCP 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure Rule 7.1,

1. MANOR CARE OF HOMEWOOD IL, LLC ("MANORCARE") states that HCR IV HEALTHCARE, LLC owns 100% of MANORCARE's stock.

2. MANORCARE HEALTH SERVICES, LLC states that HCR HEALTHCARE, LLC owns 100% of its stock.

Respectfully submitted,

MANOR CARE OF HOMEWOOD IL, LLC and MANORCARE HEALTH SERVICES, LLC

BY: /s/ Daniel P. Kramer
Daniel P. Kramer (#6289979)
One of their attorneys

McVEY & PARSKY, LLC
30 North LaSalle Street
Suite 2100
Chicago, IL 60602
Phone: 312/551-2130
Fax: 312/551-2131
Email: dpk@mcveyparsky-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 8, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing:

    Sharon A. Kobrin
    Munday & Nathan
    33 North Dearborn Street
    Suite 2220
    Chicago, IL  60602

    McVEY & PARSKY, LLC
    Attorney for Defendant
    30 North LaSalle Street
    Suite 2100
    Chicago, IL  60602
    Tel:  (312) 551-2130
    Fax:  (312) 551-2131

    By: /s/ Daniel P. Kramer
        Daniel P. Kramer
        Illinois Bar #6289979