## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ANITA CARTER, as Administrator of the Estate of ANNA MAE HALL, deceased<br>vs.<br>MANOR CARE OF HOMEWOOD IL, LLC and MANORCARE HEALTH SERVICES, LLC | 08 C 873 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MANOR CARE OF HOMEWOOD IL, LLC
and MANORCARE HEALTH SERVICES, LLC

JURY DEMAND

| NAME (Type or print) |
|---|
| D. Timothy McVey |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ D. Timothy McVey |

| FIRM |
|---|
| McVey & Parsky, LLC |

| STREET ADDRESS |
|---|
| 30 North LaSalle Street, Suite 2100 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6182134 | 312/551-2130 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 13, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing:

>Sharon A. Kobrin
>Munday & Nathan
>33 North Dearborn Street
>Suite 2220
>Chicago, IL 60602

>McVEY & PARSKY, LLC
>Attorney for Defendant
>30 North LaSalle Street
>Suite 2100
>Chicago, IL 60602
>Tel: (312) 551-2130
>Fax: (312) 551-2131

>By: /s/ D. Timothy McVey
>    D. Timothy McVey
>    Illinois Bar #6182134