# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 873 | **DATE** | 4/23/2008 |
| **CASE TITLE** | Anita Carter, etc. vs Manor Care of Homewood, Il, LLC, et al | | |

**DOCKET ENTRY TEXT:**

This cause is voluntarily dismissed without prejudice as to all parties and all issues.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | | Courtroom Deputy | GDS |
|---|---|---|---|