

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANITA CARTER, as Administrator of the Estate of ANNA MAE HALL, Deceased,<br><br>          Plaintiff,<br><br>v.<br><br>MANOR CARE OF HOMEWOOD IL, LLC, and MANORCARE HEALTH SERVICES, LLC,<br><br>          Defendant. | Case No. 08 C 873<br><br>Judge Gettleman<br>Magistrate Judge Denlow<br><br>JURY DEMAND |

## AGREED ORDER OF DISMISSAL

This cause coming to be heard before the Court by stipulation and agreement of the parties, IT IS HEREBY ORDERED:

1. This cause is voluntarily dismissed without prejudice as to all parties and all issues.

Entered April 23, 2008

Robert W. Gettleman

Judge

Attorney for Plaintiff:
MUNDAY & NATHAN
33 N. Dearborn Street, Suite 2220
Chicago, IL 60602
Phone: 312/346-5678
Fax:   312/346-8394

Attorney for Defendant
McVEY & PARSKY, LLC
30 North LaSalle Street, Suite 2100
Chicago, IL 606062
Phone: 312/551-2130
Fax:   312/551-2131