**FILED**
**APRIL 23, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANITA CARTER, as Administrator of the Estate of ANNA MAE HALL, Deceased, </br></br>   Plaintiff, </br></br> v. </br></br> MANOR CARE OF HOMEWOOD IL, LLC, and MANORCARE HEALTH SERVICES, LLC, </br></br>   Defendant. | Case No. 08 C 873 </br></br> Judge Gettleman </br> Magistrate Judge Denlow </br></br> JURY DEMAND |

## STIPULATION TO DISMISS

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, to the above entitled cause, through their respective Attorneys, that this case be voluntarily dismissed as to all parties and all issues.

**IT IS FURTHER STIPULATED** that said Dismissal shall be without prejudice.

MUNDAY & NATHAN

_____
Sharon A. Kobrin
Attorney for Plaintiff, Anita Carter,
as Administrator of the Estate of
Anna Mae Hall, deceased

McVEY & PARSKY, LLC

_____
Daniel P. Kramer
Attorney for Defendant, Manor Care
of Homewood IL, LLC